UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: | ) |
| Application for Exemption from the | ) |
| Electronic Public Access Fees by | ) Misc. File No.:  23-mc-4027 |
| Prairie State Legal Services | ) |

This matter is before the Court upon the application and request by Prairie State Legal Services for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Prairie State Legal Services falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Prairie State Legal Services has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Prairie State Legal Services shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of their representation of their clients. They shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

2. By accepting this exemption, Prairie State Legal Services agrees not to sell for profit any data obtained as a result of receiving this exemption;

3. Prairie State Legal Services is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

4. This exemption is valid through September 1, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 19th day of August, 2023.

_____
Sara Darrow, Chief Judge